# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:23-cv-11315-AK

JEROME I. PLATT,

    Plaintiff,

v.

CITY OF BOSTON, and Boston Police Department Officers PAULMICHAEL BERTOCCHI, KEVIN BUTCHER, SERGIO MEDRANO, and KIRK MAXWELL,

    Defendants.

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff Jerome I. Platt and Defendants City of Boston, Paulmichael Bertocchi, Kevin Butcher, Sergio Medrano, and Kirk Maxwell (collectively "Defendants"), jointly move that this Court enter an Order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure (the "Rules"), approving and incorporating therein the terms of the proposed Protective Order attached hereto.

Given the nature of the claims and defenses asserted in this action, discovery in this action is likely to produce documents, testimony, and other information of a personal and confidential nature. Accordingly, the Parties have agreed upon the proposed Protective Order in order to protect and limit the use of such information, and have further agreed to present the proposed Protective Order to the Court along with a request that its terms be adopted as an Order of the Court.

Dated: May 28, 2024

| | |
|---|---|
| Respectfully submitted, | Adam Cederbaum<br>Corporation Counsel |
| /s/Alycia M. Kennedy | */s/ Randall Maas* |
| Howard M. Cooper (BBO# 543842)<br>hcooper@toddweld.com<br>Alycia M. Kennedy (BBO # 688801)<br>akennedy@toddweld.com<br>Todd & Weld, LLP<br>1 Federal Street, 27th Floor<br>Boston, MA 02110<br>(617) 724-2626 | Randall Maas (BBO #684832)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4042<br>Randall.Maas@boston.gov |
| Robert F. Cunha (BBO # 710882)<br>bob@massdefender.com<br>Massachusetts Defender LLC<br>90 Canal Street, 4th Floor<br>Boston, MA 02114<br>(617) 528-9855 | *Attorney for Defendants City of Boston, Paulmichael Bertocchi, Kevin Butcher, Sergio Medrano, and Kirk Maxwell* |
| *Attorneys for Plaintiff Jerome I. Platt* | |