UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:23-cv-11315-AK

JEROME I. PLATT,

        Plaintiff,

v.

CITY OF BOSTON, and Boston Police Department Officers PAULMICHAEL BERTOCCHI, KEVIN BUTCHER, SERGIO MEDRANO, and KIRK MAXWELL

        Defendants.

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Officers Paulmichael Bertocchi, Kevin Butcher, Sergio Medrano, Kirk Maxwell, (the "Officer Defendants") and the City of Boston (the "City") (collectively the "Defendants") intend to file motions for summary judgment on or before December 8, 2025. In anticipation thereof, and pursuant to Local Rules 7.1 and 7.2, Defendants respectfully request that the Court enter an order granting leave to file the following documents under seal, and to impound those same documents until further Court order:

    (i)    the Defendants' 56.1 Statement of Undisputed Material Facts along with all exhibits attached thereto, and

    (ii)    the Officer Defendants' Memorandum of Law in Support of their Motion for Summary Judgment.

As grounds for this motion, Defendants state as follows:

1. While "the common law presumes a right of public access to judicial records," the court has held that the "public's right of access…is not unfettered." *Siedle v. Putnam*

*Investments, Inc.*, 147 F.3d 7, 9-10 (1st Cir. 1998). "Important countervailing interests can, in given instances, overwhelm the usual presumption and defeat access." *Id*. at 10. Here, the documents that Defendants request be filed under seal contain sensitive information related to Plaintiff's criminal record, warrants, and gang database information. Further, the documents contain sensitive information regarding the third-party operator's criminal history. Additionally, many of the documents and information contained therein were marked confidential subject to the protective order that this Court entered on May 29, 2024. *See* Doc. No. 47. Furthermore, several of the exhibits referred to in the 56.1 Statement of Undisputed Material Facts were impounded under seal assented to by Plaintiff pursuant to Magistrate Judge M. Page Kelley's order on August 14, 2024 in connection with the City's Motion for Phased Discovery. *See* Doc. Nos. 57, 62 and 64. At the time of this motion, the exhibits to the City's Motion for Phased Discovery are still impounded. *See* Doc. Nos. 62-2 and 64.

2. There is no compelling public interest in disclosing this information. Since the Defendants' 56.1 Statement of Undisputed Material Facts, accompanying exhibits, and the Officer Defendants' Memorandum of Law in Support of their Motion for Summary Judgment will be the only items sealed, the public will not be hindered and may continue in their important role of "monitoring of the judicial system" in order to "foster[] the important values of quality, honesty and respect for our legal system." *In re Providence Journal*, 293 F.3d 1, 9 (1st Cir. 2002). Defendants are not requesting that all documents related to their motions for summary judgment be sealed, rather they are simply requesting that the documents containing sensitive CORI information be filed under seal. The City's motion for summary

judgment and accompanying memorandum of law will be filed on the public docket, along with the motion for the Officer Defendants.

3. The Plaintiff assents to this motion.

WHEREFORE, the Defendants respectfully request that this Honorable Court grant this request to file the aforementioned documents under seal, impound the same until further Court order, and grant such other and further relief as it deems just and proper

Date:  December 8, 2025

                                       Respectfully submitted,

                                       Defendants,
                                       CITY OF BOSTON, PAULMICHAEL BERTOCCHI, KEVIN BUTCHER, SERGIO MEDRANO, and KIRK MAXWELL,

                                       By their attorney,

                                       Adam Cederbaum
                                       Corporation Counsel

                                       */s/*  *Nicole E. Gemba*
                                       Nicole E. Gemba (BBO#707216)
                                       Assistant Corporation Counsel
                                       City of Boston Law Department
                                       City Hall, Room 615
                                       Boston, MA 02201
                                       (617) 635-4048
                                       nicole.gemba@boston.gov

## 7.1 CERTIFICATION

I, Nicole E. Gemba, certify that counsel for the parties have conferred and attempted in good faith to resolve or narrow these issues.

                                       /s/ *Nicole E. Gemba*
                                       Nicole E. Gemba

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 8, 2025.

| | |
|---|---|
| 12/8/25 | /s/ *Nicole E. Gemba* |
| Date | Nicole E. Gemba |